

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| JIMMY LEE SWEED, | § | |
| Appellant, | § | No. 08-16-00107-CV |
| | § | |
| v. | § | Appeal from |
| | § | |
| JAY L. NYE, JAIME ESPARZA, | § | 243rd District Court |
| DISTRICT ATTORNEY OF EL PASO | | |
| COUNTY, TEXAS, EL PASO COUNTY | § | of El Paso County, Texas |
| DISTRICT ATTORNEY'S OFFICE, | | |
| THE STATE OF TEXAS, AND | § | (TC # 2005-5667) |
| THE ATTORNEY GENERAL OFICE OF | | |
| THE STATE OF TEXAS, | § | |
| | § | |
| Appellees. | § | |
| | § | |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes the appeal should be dismissed for want of jurisdiction, in accordance with the opinion of this Court. We therefore dismiss the appeal. We further order that because Appellant is indigent, no order regarding costs is made. We further order that this decision be certified below for observance.

IT IS SO ORDERED THIS 24TH DAY OF AUGUST, 2016.

ANN CRAWFORD McCLURE, Chief Justice

Before McClure, C.J., Rodriguez, and Hughes, JJ.